## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 04-cv-2106-REB-PAC

MELINDA DURAN, individually and as assignee of claims and interest of
FRED SANCHEZ III,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
LONGMONT UNITED HOSPITAL,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Stipulated Motion for Dismissal With Prejudice** [#36] on August 15, 2005. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal With Prejudice** [#36], filed on August 15, 2005, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

Dated this 16th day of August, 2005, at Denver, Colorado.

        BY THE COURT:

        s/ Robert E. Blackburn
        Robert E. Blackburn
        United States District Judge